## <u>RETURN OF SERVICE</u>
### UNITED STATES DISTRICT COURT
### SOUTHERN District of Florida

Case Number: 0:26-CV-61695

Plaintiff: **JORGE LUCERO**

vs.

Defendant: **3:33 BURGERS CORP D/B/A MALBEC GRILL; LA RURAL PARKLAND, LLC D/B/A MALBEC GRILL ; EMILIO DACARET AND CECILIO MIRA**



RLA2026001388

For:
Alexis Mena-Glasgow
Simpson & Mena
2250 SW 3RD AVE
SUITE 501
MIAMI, FL 33129

Received by Michael Gonedes on the 7th day of July, 2026 at 2:14 pm to be served on **LA RURAL PARKLAND, LLC BY SERVING ITS REGISTERED AGENT, MG OFFICE SYSTEMS INC, 8637 ESCONDIDO WAY E, BOCA RATON, FL 33433**.

I, Michael Gonedes, do hereby affirm that on the **8th day of July, 2026** at **7:25 am, I:**

served an LLC by delivering a true copy of the **SUMMONS IN A CIVIL ACTION AND COLLECTIVE ACTION COMPLAINT** with the date and hour of service endorsed thereon by me, at the registered agent's usual place of business, to an employee of the registered agent to wit: MONICA GERMAN as CORPORATE OFFICER and informing said person of the contents thereof, pursuant to F.S. 48.091(4)

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Caucasian, Height: 5'5", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.  Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true to the best of my knowledge and belief.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____

**Michael Gonedes**
#1980

**Lindsay Legal Services, Inc.**
**7105 Sw 8th Street**
**Suite 307**
**Miami, FL 33144**
**(305) 273-0317**

Our Job Serial Number: RLA-2026001388

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e